In the Matter of the Application of JOSEPH S. SCHWAB, Appellant, for a Peremptory Writ of Mandamus against EDWARD F. BOYLE et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

*Matter of Schwab* v. *Boyle*, 174 App. Div. 442, affirmed.
(Argued October 18, 1916; decided October 20, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 10, 1916, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to refrain from certifying that a vacancy exists in the office of president of the board of aldermen of the city of New York to be filled at the ensuing election.

*Roger Foster, Ira J. Ettinger* and *Joseph H. San* for appellant.

*Lamar Hardy, Corporation Counsel (Terence Farley* of counsel), for respondents.

Order affirmed, with costs, on opinion of McLAUGHLIN, J., below.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ.